Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION,  ) | **No. C-11-02261 PJH** |
| ) | |
| Plaintiff,  ) | |
| v.  ) | **[~~PROPOSED~~] ORDER GRANTING** |
| ) | **PLAINTIFF'S MOTION FOR** |
| DOES 1-9,  ) | **LEAVE TO CONTINUE INITIAL** |
| ) | **CASE MANAGEMENT CONFERENCE** |
| Defendants.  ) | |
| ) | |
| _____ ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE**

On July 26, 2011, Plaintiff filed a Motion for Administrative Relief for Leave to Continue

the Initial CMC, which was originally scheduled by the Court at the commencement of this action.

In light of the points made in Plaintiff's Motion, and for good cause appearing,

IT IS HEREBY ORDERED that the case management currently scheduled for August 18,

2011, is continued to **Thursday, November 17, 2011, at 2:00 p.m. on the 3rd Floor in Courtroom**

**3 of the Oakland Federal Court.**


DATED:___7/27/11_____                    _____

                                                  United _____ ___ ____ milton
                                                  United _____ ___ ____ Court Judge