# EXHIBIT A

IP Address
98.210.117.157